E-FILED
Tuesday, 13 November, 2007   10:33:47 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SHEET METAL WORKERS LOCAL 218, SHEET METAL WORKERS LOCAL 218 PENSION FUND, SHEET METAL WORKERS NATIONAL BENEFIT FUNDS, SHEET METAL WORKERS LOCAL 218 APPRENTICESHIP FUND, SHEET METAL WORKERS HEALTH AND WELFARE FUND, SHEET METAL WORKERS LOCAL 218 FRINGE BENEFIT FUNDS, SHEET METAL WORKERS LOCAL 218 INDUSTRY FUND, Plaintiffs, v. AMERICAN PRIDE PLUMBING, HEATING & AIR CONDITIONING, INC., Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   No. 06-3035 ) ) ) ) ) ) |

**OPINION**

JEANNE E. SCOTT, U.S. District Judge:

This matter comes before the Court on Plaintiffs' Motion for Default

Judgment (d/e 14). The Court has reviewed the Motion and other

1

pleadings, and finds that: (1) the Complaint having been duly filed and served upon Defendant, American Pride Plumbing, Heating & Air Conditioning, Inc.; (2) the Defendant has failed properly to answer or otherwise plead within the statutory time frame; and (3) the Plaintiffs have proven the amounts that are due and owing. <u>Complaint (d/e 1)</u>, Exhibit C, Audit; <u>Motion for Default Judgment</u>, Exhibit A, <u>Amended Affidavit in Support of Attorney Fees</u>. The Motion is therefore allowed.

THEREFORE, Plaintiffs' Motion for Default Judgment (d/e 14) is ALLOWED. A Default Judgment is hereby entered in favor of Plaintiffs and against Defendant, American Pride Plumbing, Heating & Air Conditioning, Inc., as follows:

A. Judgment is entered in favor of the Plaintiffs and against the Defendant for audit liability due for the period from September 24, 2002 through July 31, 2004, in the amount of $48,426.54, plus liquidated damages of $4,842.65 and audit costs of $1,726.65, plus interest to the date of judgment;

B. Defendant is ordered to perform and continue to perform all its obligations to the Plaintiffs, particularly to furnish to the Plaintiffs all required contribution reports and payments;

C. Defendant is ordered to pay to the Plaintiffs, their attorney's fees in the amount of $6,807.96; as provided by ERISA, 29 U.S.C. Section 1132(g)(2); and

D. Defendant is ordered to pay all cost attendant to the cost of these proceedings.

IT IS THEREFORE SO ORDERED.

ENTER: _____, 2007.

      FOR THE COURT:

                                s/Jeanne E. Scott
                                JEANNE E. SCOTT
                      UNITED STATE DISTRICT JUDGE